STATE of Missouri, Respondent,

v.

Chanel TAYLOR, Appellant.

No. WD 63649.

Missouri Court of Appeals,
Western District.

Oct. 19, 2004.

Margaret Mueller Johnson, Appellate Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Evan Buchheim, Office of Attorney General, Jefferson City, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, RONALD R. HOLLIGER, Judge.

## ORDER

Chanel Taylor appeals her conviction for felony stealing. We have reviewed the briefs of the parties and the record, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).